## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: SACR92-046-GLT |
|---|---|
| PLAINTIFF(S), | |
| v. | |
| LEE | **RECEIPT FOR RELEASE OF EXHIBITS**<br>☒ PERMANENT / ☐ TEMPORARY |
| DEFENDANT(S). | |

The undersigned hereby requests and acknowledges the receipt of the following exhibits upon *(check one)*:

☐ order of court                   ☒ notice of destruction from exhibit custodian
☐ expiration of time for appeal    ☐ determination of appeal

**If release is temporary**, exhibits shall be returned to Exhibit Custodian no later than _____.

| Plaintiff | Defendant | Description of Exhibits |
|---|---|---|
| X | | 1      Folder. |
| | | |
| | | |
| | | |

MAR 14 2008

Date

USAO

Name of Receiver

*(signature)*

Signature of Receiver

Street Address

312 N. Spring St., Room

City, State & Zip Code  Los Angeles, CA. 90012

Telephone Number          I.D. Number

===============================================================================
### Certification of Exhibit Custodian

☐ I have received a copy of the order for the ☐ permanent / ☐ temporary release of exhibits.
☐ I hereby certify this date that I have researched the records of this Court and have determined that the appeal time has passed or a decision of the appeal has been received by this court and the exhibits are eligible for return.

Clerk, U. S. District Court

**ADRIAN DELGADO**

MAR 14 2008

Date                          Exhibit Custodian

G-27 (06/98)          RECEIPT FOR RELEASE OF EXHIBITS ☐ PERMANENT / ☐ TEMPORARY